**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
J.H. individually and on behalf of her child J.H., a mmor,

                     Plaintiff,                        23 **CIVIL** 4753 (AKH)

       -against-                                   **JUDGMENT**
                                                  **For Attorney's Fees and Costs**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                   Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 21, 2024, the motion for fees and expenses is granted. Judgment is entered in Plaintiff's favor for $109,392.47, plus post-judgment interest pursuant to 28 U.S.C. § 1961, calculated as of May 21, 2024; accordingly, the case is closed.

**Dated:** New York, New York
          May 22, 2024

                                                    **RUBY J. KRAJICK**
                                                      **Clerk of Court**

                           **BY:** *K. Mango*

                                                      **Deputy Clerk**